FILED
2014 Jan-06  PM 04:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MARK ANTHONY PARTAIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ACTION NO.: 5:10-cv-2520-MHH-JHE |
| | ) | |
| WARDEN BILLY MITCHEM, | ) | |
| ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED**.  Costs are taxed to the petitioner.

**DONE** and **ORDERED** this 6th day of January, 2014.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE