# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| MARK ANTHONY PARTAIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) ACTION NO.: 5:10-cv-2520-MHH-JHE |
| | ) |
| WARDEN BILLY MITCHEM, ET AL., | ) |
| | ) |
| Respondents. | ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED**.  Costs are taxed to the petitioner.

**DONE** and **ORDERED** this 6th day of January, 2014.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE